**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Bennet J. Moskowitz
CT Bar #: 437932
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6087
*Attorneys for Defendant Capital One N.A.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Lensendro, Laguerre,<br><br>    Plaintiff,<br><br> -v-<br><br>Capital One,<br><br>    Defendant. | Civil Action No.: |

**DEFENDANT CAPITAL ONE N.A.'S**
**NOTICE OF REMOVAL**

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Capital One, N.A. ("Capital One" or "Defendant"), by counsel, hereby removes this civil action, pending in the Superior Court for the Judicial District of Stamford in the State of Connecticut, Docket No. FSTCV235028642S (the "State Court Action"), to the United States District Court for the District of Connecticut. Removal is proper because this Court has subject matter jurisdiction over the action under federal question jurisdiction. *See* 28 U.S.C. § 1331. Accordingly, Defendant removes this action to this Court, and in support thereof, states the following:

## I. BACKGROUND

1. Plaintiff Laguerre Lensendro ("Plaintiff") commenced the State Court Action against Defendant by filing a Complaint in the Superior Court for the Judicial District of Stamford in the State of Connecticut on June 14, 2023 (the "Complaint"). A copy of all process, pleadings, and orders is hereto as **Exhibit A**.

2. Plaintiff also filed with the Court on June 14, 2023 a Small Claims Return/Statement of Service showing a U.S. Postal Service Certified Mail Receipt to Capital One at a P.O. Box in Salt Lake City Utah mailed by Plaintiff. Defendant does not concede that it has been properly served.

3. Due to improper service, Defendant did not receive notice of Plaintiff's Complaint until July 28, 2023.

4. This Notice of Removal is being filed within thirty days of service of the Complaint on Defendant. This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

5. The above-captioned action is a suit for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA").

## II. FEDERAL QUESTION JURISDICTION

6. This Court has original jurisdiction over Plaintiff's FCRA claim pursuant to 28 U.S.C. § 1331, which states that federal question jurisdiction is appropriately exercised over "all civil actions arising under the Constitution, laws, or treaties of the United States."

7. Removal of this action is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8.	In his Complaint, Plaintiff alleges Defendant violated the FCRA by recording inaccurate information and failing to fix the inaccuracies. *See* Ex. A at p. 2 ¶¶ 7. 9.

9.	Federal question jurisdiction exists over this action because the allegations asserted by Plaintiff in the Complaint involve questions that will require resolution of significant, disputed issues arising under federal law. This case qualifies for federal question jurisdiction and is removable because Plaintiff's Complaint alleges claims under, and requires a ruling on, the FCRA.

10.	Pursuant to 28 U.S.C. § 1441(b), removal is proper irrespective of the citizenship or residence of the parties.

### III. VENUE

11.	Venue is proper in this Court because the Judicial District of Stamford in the State of Connecticut, where this action is now pending, is within this judicial district. *See* 28 U.S.C. § 1441.

### IV. NOTICE

12.	Concurrent with the filing of this Notice, Defendant will file a Notice of Filing of Notice of Removal with the Clerk of the Superior Court for the Judicial District of Stamford in the State of Connecticut, a copy of which is attached hereto as **Exhibit B**.

13.	Upon information and belief, the contents of **Exhibit A** and **Exhibit B** constitute the entire file of the action pending in the state court as required pursuant to 28 U.S.C. §1446(a).

WHEREFORE, Defendant Capital One, N.A. hereby removes this action to this Court.

| | |
|---|---|
| Dated: August 2, 2023<br>New York, New York | By: */s/ Bennet J. Moskowitz*<br>Bennet J. Moskowitz<br>TROUTMAN PEPPER<br>HAMILTON SANDERS LLP<br>CT Bar #: 437932<br>875 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 704-6087<br>Email: bennet.moskowitz@troutman.com<br><br>*Attorneys for Defendant Capital One N.A.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of August 2023, I caused to be electronically filed with the Clerk of the Court using the CM/ECF system the foregoing document, and sent, via FedEx Overnight Mail, to the following party. Service of the foregoing was within the time prescribed by the Rules of the Court.

> Laguerre Lensendro
> *Plaintiff*
> 26 Broad St. Apt. 4
> Norwalk, CT 06851

I certify that I am not aware of the claims specifically asserted in the Complaint being the subject of any other action pending in this Court. Capital One, N. A. reserves its right to seek arbitration in this matter.

> */s/ Bennet J. Moskowitz*
> Bennet J. Moskowitz

161051188