# EXHIBIT A

**SMALL CLAIMS WRIT AND NOTICE OF SUIT**
JD-CV-40  Rev. 7-22
C.G.S. §§ 51-15, 51-345(g)

*This form is available in other language(s).*

**STATE OF CONNECTICUT
SUPERIOR COURT
SMALL CLAIMS SESSION**
www.jud.ct.gov

**1.) Address of Court**
123 hoyt street stamford Ct 06905

**2.) Case type code** *(See list on reverse page 1)*
s90

**3.) Is this claim between a landlord and a tenant?** *(Select one)* ☐ Yes ☒ No

**4.) If "Yes" to question #3, the rental property is located in the following town:**

| Parties | Name (Last, First, Middle Initial) and Address of Each Party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | | |
|---|---|---|---|
| **5.) First plaintiff** | Name: Lensendro Laaguerre<br>Address: 26 broad st pt 4 Norwalk CT 06851<br>Telephone: 475-889-0294  E-mail: | *(Select one)* ☐ LLC ☐ Partnership<br>☒ Individual ☐ DBA ☐ Corporation | P-01 |
| **6.)** Name, address, and zip code of Attorney for plaintiff(s) | | Attorney's Juris Number | Telephone number (w/area code) |
| **7.) First defendant** | Name: Capital One  -D 31293<br>Address: Po Box ~~32063~~ Salt lake city Utah 84131<br>Telephone:  E-mail: | *(Select one)* ☐ LLC ☐ Partnership<br>☐ Individual ☐ DBA ☒ Corporation | D-01 |

☐ For more than 1 plaintiff/defendant, attach Continuation of Parties (form JD-CV-67) and select this box.

**8.)** If this claim is a consumer debt, which is a debt or obligation made primarily for personal, family, or household reasons, explain why you believe the statute of limitations has not expired.

**9.)** In the last 6 months, how did you verify that the address given for defendant(s) is accurate?
Select all boxes that apply and provide the dates verified.

☐ I checked town or city records (for example, checking a street list or tax records) on: _____ (date)

☐ I checked with the Department of Motor Vehicles on: _____ (date)

☐ I received correspondence (letters or other mail) from the defendant with that return address on: _____ (date)

☒ I received other proof from the defendant that the address is current *(describe details below)*

☒ At least 4 weeks before this action was filed, I sent a letter by first class mail to the defendant at the address used and it has not been returned to me by the United States Postal Service as of: **3-31-23** (date)

**10.) Amount claimed***
5,000

**Plus Costs**
☐ Plus pre-judgment interest**
☐ Plus double damages for security deposit withheld**

**You MUST explain how much you want for each item in section 11 below.

*The Amount claimed cannot exceed $5,000 or $15,000 for a home improvement contract case (S20).
*If you are claiming pre-judgment interest or double damages for security deposit withholding, select the box(es). Do not include these amounts in box 10.

**To defendant(s):**

**11.) You are being sued.** The plaintiff(s) claims you owe this money for the following reasons:
**Violations under the Fair Credit Reporting Act**

The person signing below, being duly sworn, states that he or she has read the claim above and the information contained in this form and, to the best of his or her knowledge, information and belief, there is good ground to support the claim and the information is true.

**12.) Signed** *[signature: Laguerre Lensendro]*  **Date** 5-26-23

Type in name of person signing at left and title, if applicable
Lensendro Laguerre

Signed *(Clerk, Notary, Commissioner of the Superior Court)* *[signature]*

Subscribed and sworn to before me on **5-26-23**

**For Court Use Only** *(Date/Stamp)*

**Docket Number**
FST-CV23-5028642

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

*[notary stamp: JACQUELINE BOHN, NOTARY PUBLIC, CONNECTICUT, My Commission Expires Sep 30, 2025]*

[Print Form]    [Reset Form]

IN THE COUNTY OF FAIRFIELD STAMFORD/NORWALK DISTRICT COURT

Laguerre Lensendro

Vs

Capital One

_____

**Complaint**

Laguerre Lensendro is suing Capital One for FCRA violations and of his own accord states the following

1. This is an action for money damages not exceeding $5000.
2. Relevant to this matter Laguerre Lensendro dwells in Fairfield county.
3. Capital one furnishes information on this herein consumer
4. This court has jurisdiction
5. Capital one has a duty to report complete and accurate information.
6. Capital One is subject to the FCRA
7. Plaintiff recorded and tallied 34 pieces of inaccurate information
8. On 3/31/23 Plaintiff sent word to Capital one showing all the inaccuracies in numbered form.
9. Capital one failed to correct the inaccurate information in the time specified by law.
10. As it stands capital has yet to fix the inaccuracies.
11. As a result of Capital One's violations of the FCRA, Plaintiff has suffered, continues to suffer, and will suffer future damages, including denial of credit, lost opportunity to receive credit, damage to reputation, worry, distress, frustration, embarrassment, and humiliation.

Wherefore plaintiff is demanding the following

12. Money damages
13. {Costs}
14. And whatever relief the court may wish to grant that may be fair and equitable

The plaintiff
Laguerre Lensendro
26 broad st apt 4, Norwalk CT, 06851
4758890294

Certified mail #7022 2410 0000 6317 0984

CAPITAL ONE
To whom it may concern,
This letter is a formal complaint that you are furnishing inaccurate and incomplete information.

I have been able to review my consumer file and have been able to jog down some errors on your part furnishing information to the 3 bureaus.
A simultaneous letter is being sent to each regarding the errors and you are being afforded the same courtesy of 30 days to either remove or fix the information in its entirety.

Experian
1. The account # is incomplete for it shows only the first 6 digits; this piece of information is incomplete and incorrect
2. HIghest balance is shown as $1,111 it does not show the full amount which makes the information incomplete and inaccurate.
3. The terms are not defined or shown. ( incomplete and inaccurate)
4. Date on record; until december 2031 such information is incomplete as it is missing the exact day and time, and it is therefore inaccurate
5. From June 2021 to March 2021 no indication of payment was made.
6. From April to November there is indication that payment was made but the amount is not shown.
7. Under contact info the address is shown as PO BOX 31293,SALT LAKE CITY UT 84131, the consumer's place of abode is not such.

Transunion
1. The account number listed t is missing the last 4 digits and therefore it is inaccurate and incomplete
2. The address is listed asP O Box 31293 Salt Lake City, UT 84131 . My place of abode is not a po box. The information is incorrect
3. What is the correct monthly amount that was paid each month, such information is not recorded
4. The balance of the account is $0; Yet there is a high balance of $1,111 how could that be?
5. The account is shown to be closed but it does not state why, the information is incomplete and therefore inaccurate.
6. The rating for every month under payment history is rated as ok. OK is not defined.

Equifax
1. Account Number is incomplete and therefore inaccurate for it does not show but the last 4 digits
2. HIgh credit of $1,111 is inaccurate as it fails to show the amount to the last penny. Such piece of information is inaccurate.
3. PAyment for some months are indicated by check mark but the amount paid is not shown. Such information is incomplete and inaccurate

Certified mail #7022 2410 0000 6317 0984

4. Under the section labeled account details the creditor classification is unknown. Such information is incomplete
5. Past due amount is left blank; Incomplete because it does not show the amount to the last penny
6. Balloon payment amount is left blank
7. Date of first delinquency is left blank
8. Date of closing is reported to have been in Dec 2021, but what is the exact day it was closed?
9. The first delinquency is left blank?
10. Scheduled payment amount is left blank.
11. Date of last activity is shown as Dec 2021. What was the exact day?
12. Actual payment amount is left blank
13. Delinquency was first reported when? Such piece of information is left blank

Laguerre Lensendro
26 broad st apt 4,
Norwalk, CT, 06851
SS# 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

APPLICATION FOR WAIVER OF FEES/ PAYMENT OF COSTS - CIVIL, HOUSING, SMALL CLAIMS, AND APPELLATE
JD-CV-120 Rev. 1-19
C.G.S. §§ 52-259, 52-259b, 52-259c
P.B. §§ 8-2, 63-6



STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

Instructions to person asking for the waiver (applicant)
1. Fill out Application. For help, see Help Text for Application for Waiver of Fees/Payment of Costs - Civil, Housing, Small Claims, and Appellate (form JD-CV-120H).
2. Sign the form under oath in front of a clerk, a notary, or an attorney.
3. Bring this form to the court where your case will be filed or is/was pending.
4. If this application for fees payable to the court or for costs of service of process is denied, you may ask for a hearing in the Request for Hearing on Denied Application section on page 2.

Note: This form will be put in the case file, which may be available to be viewed by the public.

## Application
To: The Superior Court

Name of case (Plaintiff v. Defendant): LAGUERRE Lensendro vs Capital one

Docket number (If applicable): _____

☐ Judicial District  ☐ Housing Session  2

Address of court: 123 Hoyt Street Stamford CT 06905

Name of applicant (Last, first, middle initial): LAGUERRE LENSENDRO

Address of applicant (Number, street, town, state and zip): 26 Broad St apt 4 Norwalk CT 06851

Telephone (Area code first): 475-889-0292

Type of proceeding:
☐ Civil case
☑ Small claims case
☐ Housing (Landlord-Tenant case)
☐ Appellate matter (Supreme or Appellate Court)
☐ Other (Specify): _____

## Fee Waiver/Payment of costs
I ask that the court order that I do not have to pay fees or to order the State to pay the costs below. (Check all that apply)

☐ Entry fee   ☑ Filing fee   ☐ Costs of service of process (Delivery of papers)   ☐ Appellate filing fee (Supreme or Appellate Court)
☐ Cost of the transcript for appeal   ☐ Other fee (Specify): _____

## Grounds for Appeal
(Complete if requesting waiver of Appellate filing fee (Supreme or Appellate Court) and/or payment of cost of the transcript for appeal.)
The grounds on which I propose to appeal are: _____

## Financial Affidavit

**1. Dependents**
Total number of dependents (Do not count yourself): 0

**2. Monthly Income**
A. Gross monthly income from all sources (Money you get in one month from work and other sources, before taxes): 1,000
B. Net monthly income (after taxes) from employment: _____
C. Income from sources other than employment (For example, TFA, Social Security, etc.)
List sources of other income: _____
Total Monthly Income (B+C) = 1,200

**3. Monthly Expenses**
A. Rent/Mortgage: 0
B. Real Estate Taxes: 0
C. Utilities (Telephone, heat, electric, water, gas, etc.): $150
D. Food: 300
E. Clothing: 100
F. Insurance Premiums (Medical/dental, auto, life, home): 200
G. Medical/Dental: _____
H. Transportation (Bus, gasoline, etc.): 200
I. Child Care: _____
J. Other (Specify): _____ $50
Total Monthly Expenses = 1,000

**4. Assets**

| | Estimated Value (Current worth) | Loan Balance (Amount owed) | Equity (Estimated Value minus Loan Balance) |
|---|---|---|---|
| A. Real Estate | N/A | N/A | Real Estate |
| B. Motor Vehicles | $8000 | $10,000 | Motor Vehicle |
| C. Other Personal Property (For example, jewelry, furniture, etc.) | | | Other Property |
| D. Savings Account Balance (Total of all accounts) | | | Savings |
| E. Checking Account Balance (Total of all accounts) | | | Checking |
| F. Cash | | | Cash |
| G. Other Assets (Specify): _____ | | | Other Assets |
| Total Assets = | | | 0 |

**5. Liabilities/Debts** (For example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Car loan | 10,000 | 189 |
| | | |
| | | |
| Total Liabilities = | 10,000 | 189 |

FST-CV23-5028642

| Name of case (Plaintiff v. Defendant) | Docket Number (If applicable) |
|---|---|
| | |

6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:

I live with my mother

- Notice -

Any false statement made by you under oath which you do not believe to be true and which is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.

I certify that the information on this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed on this application.

| Signed (Applicant) | Print name of person signing at left | Date signed |
|---|---|---|
| *Jacquer Lendudrs* | LAGCEKRE LaSENDRO | 5/26/23 |
| Subscribed and sworn to before me: | On (Date) 5/26/2023 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) |

## Order

Having reviewed the application, the court finds as follows:

☑ 1. The applicant is indigent and unable to pay the following fees which are waived:
   ☑ Entry fee  ☐ Filing fee  ☐ Appellate filing fee (Supreme or Appellate Court)
   ☐ Other fee (Specify) _____

☐ 2. The applicant is indigent and unable to pay the cost of service. A state marshal's fee not to exceed $_____ shall be paid by the state.

☐ 3. The applicant is indigent and unable to pay the cost of the transcript for appeal, which shall be paid by the State in accordance with Practice Book Section 63-6.

☐ 4. The applicant is indigent but able to pay fees, costs of service, and the cost of the transcript for appeal, and the application is denied.

☐ 5. The applicant is not indigent and the application is denied.

☐ 6. Denied: the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ 7. Denied. Other (Specify): _____

| By the Court (Print or type name of Judge) | On (Date) | Signed (Judge, Clerk) | Date signed |
|---|---|---|---|
| R Bely | 6-14-23 | | 6-14-23 |

## Request For Hearing On Denied Application (Fees payable to the court or costs of service of process)

This section should be filled out only if the court has checked #4, 5, 6 or 7 above and denied the application.

☐ I request a court hearing on my application. ▶ _____
   Signed (Applicant)                    Date signed

## Hearing

| Hearing to be held on (Date) | Location |
|---|---|
| At (Time) | Signed (Clerk) |

## Order After Hearing

Having reviewed the application, the court finds as follows:

☐ 1. The applicant is indigent and unable to pay the following fees which are waived: _____
   ☐ Entry fee  ☐ Filing fee  ☐ Appellate filing fee (Supreme or Appellate Court)
   ☐ Other fee *(Specify)* _____

☐ 2. The applicant is indigent and unable to pay the cost of service. A state marshal's fee not to exceed $ _____ shall be paid by the state.

☐ 3. The applicant is indigent and unable to pay the cost of the transcript for appeal, which shall be paid by the State in accordance with Practice Book Section 63-6.

☐ 4. The applicant is indigent but able to pay fees, costs of service, and the cost of the transcript for appeal, and the application is denied.

☐ 5. The applicant is not indigent and the application is denied.

☐ 6. Denied: the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ 7. Denied. Other *(Specify):* _____

| By the Court *(Print or type name of Judge)* | On *(Date)* | Signed *(Judge, Clerk)* | Date signed |
|---|---|---|---|
|  |  |  |  |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*