UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAGUERRE LENSENDRO,

                Plaintiff                                     3:23-cv-1030 VAB

V.

CAPITAL ONE,

                Defendant

JUDGMENT

This matter came on for consideration on defendant's motion to dismiss (Doc. 13) before the Honorable Victor A. Bolden, United States District Judge. On April 23, 2024, the court entered and order (Doc. 15) granting the motion to dismiss (Doc 13.) Therefore, it is hereby;

ORDERED, ADJUDGED, and DECREED that judgment enter this case is closed. Dated at New Haven, Connecticut, this 30th day of April 2024.

Dinah Milton Kinney, Clerk
By: /s/ Tatihana Murphy
Tatihana Murphy
Deputy Clerk

EOD 4/30/2024